# Court of Appeals of the State of Georgia

ATLANTA,  June 03, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2087. DILLON WAYNE MULLAVEY v. THE STATE.

Dillon Wayne Mullavey appeals directly to this Court from the trial court's order revoking his probation. Under OCGA § 5-6-35(a)(5), however, appeals from probation revocation orders must be made by application for discretionary review. *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Mullavey's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/03/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Mullavey filed a pleading labeled "Application for Discretionary Appeal" in the trial court. Unlike a notice of appeal, however, an application for discretionary review by the Court of Appeals must be filed in this Court and must comply with OCGA § 5-6-35 and Court of Appeals Rule 31. Thus, Mullavey's filing in the trial court cannot be construed as an application for discretionary review.